IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **ROXANNE M. GONZALES,** § § *Plaintiff,* § § **v.** § § **MGC MORTGAGE, INC.** a Texas Corporation, **SERVIS ONE, INC., DBA BSI FINANCIAL SERVICES,** a Delaware Corporation, **BELTWAY CAPITAL, LLC,** a Maryland Corporation, **CENLAR AGENCY, INC., DBA AS CENLAR FSB,** a New Jersey Corporation. § § § § § § § § § § § § *Defendants.* § | CASE NO. 1:20-CV-00677-KWR-SMV |

## ORDER OF DISMISSAL

**THIS MATTER** came before the Court the on the parties' Joint Stipulation of Dismissal, and the Court having considered the Stipulation, does **HEREBY GRANT** the same.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that all of the Plaintiff's claims against Defendants MGC Mortgage, Inc., Servis One, Inc., d/b/a BSI Financial Services, Beltway Capital, LLC, and Cenlar FSB are hereby **DISMISSED WITH PREJUDICE** with each party to bear its owns costs and fees.

**SO ORDERED** this **2ND** day of **DECEMBER 2020.**

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE